# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gardner, James Knoll | Eastern District of PA | 12/03/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 1/1/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Edward N. Cahn U.S. Courthouse
504 W. Hamilton Street, #4701
Allentown, PA 18101

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer, Director | Allentown Symphony Association |
| 2. | Director | Boys and Girls Club of Allentown, Inc. |
| 3. | Director | Police Athetic League, Inc. |
| 4. | General Partner (passive investment in Subchapter "S" Corporation) | 1/6 share of Rental Property #1 |
| 5. | Executive Committee | Minsi Trails Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | State Employees Pension Fund; retirement pension for former judicial position, includes medical insurance and long-term care benefits, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | State Employees Pension Fund reported in Part II (fixed benefits from a vested pension plan) | $67,455.60 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | self-employed piano teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The New York Intellectual Property Law Association (NYIPLA) | March 28 to 29, 2014 | New York City, NY | 92nd Annual Dinner | Transportation, Food and Hotel |
| 2. | The Historical Society of the U.S. District Court for the Eastern District of PA | May 22, 2014 | Philadelphia, PA | 30th Annual Meeting | Reception, Dinner |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Prudential Asset Resources (See Part VIII) | 1/6 share Mortgage on Rental Property #1, Torrence, California (Part VII, line 1) | O |
| 2. | Chase Card Services | Credit Card (Visa) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Torrence, California (1997 $533,333) | E | Rent | O | Q | | | | | |
| 2. Time Share #1, Williamsburg, Virginia (1999 $18,700) | C | Rent | K | R | | | | | |
| 3. Santander Bank Accounts | A | Interest | K | T | | | | | |
| 4. Brokerage Account #1: | | | | | | | | | |
| 5. Morgan Stanley Private Bank NA | A | Interest | K | T | | | | | |
| 6. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fd. (See Part VIII) | B | Dividend | K | T | | | | | |
| 7. Calamos Convertible & High Income Fund - Closed End Fund | B | Dividend | K | T | | | | | |
| 8. Wells Fargo & Company - Common Stock | A | Dividend | J | T | | | | | |
| 9. Calamos Strategic Total Return Fund - Closed End Fund | B | Dividend | K | T | | | | | |
| 10. Eaton Vance Tax Eqty. Inc. Fund - Closed End Fund | C | Dividend | K | T | | | | | |
| 11. NuStar Energy L.P. - Common Stock | A | Int./Div. | J | T | | | | | |
| 12. BT Group PLC ADR - USD - Common Stock | A | Dividend | J | T | | | | | |
| 13. BlackRock Global Alloc. Fd. - Mutual Fund | C | Dividend | K | T | | | | | |
| 14. Intel Corporation - Common Stock | B | Dividend | K | T | | | | | |
| 15. Teva Pharmaceutical Industries - Common Stock | A | Dividend | | | Sold | 01/10/14 | J | | N/A |
| 16. Baron Growth Fund-Mutual Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | N/A |
| 17. Eaton Vance Large-Cap Value Fund Class A Mutual Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | A | N/A |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Janus Forty Class S - Mutual Fund | C | Dividend | J | T | Sold (part) | 01/13/14 | J | A | N/A |
| 19. Lazard Emerging Markets Port Fund - Mutual Fund | A | Dividend | J | T | Buy | 01/13/14 | J | | N/A |
| 20. Pimco Total Return Fund Class D - Mutual Fund | A | Dividend | J | T | Buy | 01/13/14 | J | | N/A |
| 21. Pimco Commodity Real Return Fund Class D - Mutual Fund | A | Dividend | J | T | Buy | 01/13/14 | J | | N/A |
| 22. T Rowe Price Int'l Bond Fund - Mutual Fund | A | Dividend | J | T | Buy | 01/13/14 | J | | N/A |
| 23. Royce Premier Fund INV Class - Mutual Fund | A | Dividend | J | T | Sold (part) | 01/13/14 | J | | N/A |
| 24. West Perry Schl. Dist. Bond - Municipal Bond | A | Interest | | | Redeemed | 10/02/14 | J | | N/A |
| 25. Johnson & Johnson - Common Stock | A | Dividend | J | T | | | | | |
| 26. Magellan Midstream Partners LP - Common Stock | B | Dividend | K | T | | | | | |
| 27. Microsoft Corp. - Common Stock | A | Dividend | J | T | | | | | |
| 28. DWS Floating Rate Fund Class C - Mutual Fund (Y) (See Part VIII) | A | Dividend | | | | | | | |
| 29. Deutsche Floating Rate C - Mutual Fund | A | Dividend | J | T | | | | | |
| 30. DWS Municipal Bond Fund Class C - Mutual Fund (Y) (See Part VIII) | A | Interest | | | | | | | |
| 31. Deutsche Managed Municipal Bond C - Mutual Fund | A | Interest | J | T | | | | | |
| 32. Invesco Premier PTF INSTL - Mutual Fund (See Part VIII) | | None | J | T | Sold (part) | 01/10/14 | J | | N/A |
| 33. | | | | | Buy (add'l) | 01/13/14 | J | | N/A |
| 34. | | | | | Sold (part) | 04/09/14 | J | | N/A |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 07/10/14 | J | | N/A |
| 36. | | | | | Sold (part) | 10/14/14 | J | | N/A |
| 37. Mainstay Hi Yld. Corp. Bond Cl. A/I - Corporate Bond (See Part VIII) | A | Dividend | J | T | Buy (add'l) | 01/13/14 | | | N/A |
| 38. Pepsico Inc. NC - Common Stock | A | Dividend | J | T | Buy | 2014 | J | | N/A |
| 39. Vanguard European MSCI ETF - Closed End Fund | A | Dividend | J | T | Buy | 01/10/14 | J | | N/A |
| 40. Bank of America Corp. - Common Stock | A | Dividend | J | T | Buy | 01/10/14 | J | | N/A |
| 41. End of Brokerage Account #1 | | | | | | | | | |
| 42. Brokerage Account #2 (Custodial Account #1) redeemed 5/20/04 | | | | | | | | | |
| 43. Brokerage Account #3 (Custodial Account #2) redeemed 8/28/07 | | | | | | | | | |
| 44. IRA #1 redeemed 8/27/09 | | | | | | | | | |
| 45. Brokerage Account #4: | | | | | | | | | |
| 46. LM Clearbridge Apprec. Fd. Cl. A - Mut. Fund (See Part VIII) | A | Dividend | J | T | | | | | |
| 47. Eaton Vance Global Return Fund Class C Mutual Fund | A | Dividend | J | T | | | | | |
| 48. Intel Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 49. General Electric Company - Common Stock | A | Dividend | J | T | | | | | |
| 50. End of Brokerage Account #4 | | | | | | | | | |
| 51. Time Share #2, Williamsburg, Virginia (2002 $19,900) | C | Rent | K | R | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2 | | | | | | | | | |
| 53. Royce Total Return Fund Consultant - Mutual Fund | B | Dividend | K | T | Sold (part) | 12/16/14 | J | B | N/A |
| 54. Invesco Van Kampen Eq.& Inc. Fd. Cl. C - Mutual Fund | B | Dividend | K | T | | | | | |
| 55. American Funds-Growth Fund of America Class C - Mutual Fund | B | Dividend | K | T | | | | | |
| 56. Oppenheimer Developing Markets Fund Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 57. Lincoln National Life Insurance Co - Annuity | | None | L | T | | | | | |
| 58. BlackRock Global Allocation Fund Inc. - Mutual Fund | C | Dividend | K | T | Buy (add'l) | 01/08/14 | J | | N/A |
| 59. | | | | | Sold (part) | 12/11/14 | J | | N/A |
| 60. Putnam Asset Allocation Balanced Class C - Mutual Fund | A | Dividend | J | T | | | | | |
| 61. Consolidated Edison Inc. - Common Stock | A | Dividend | J | T | | | | | |
| 62. GNMA REMIC-Ser. 2004-75-Cl. NG-Ast.-Bkd. Sec. (See Pt. VIII) | A | Interest | J | T | Sold (part) | 01/20/14 | J | | N/A |
| 63. BlackRock Equity Dividend Fund Class C - Mutual Fund | B | Dividend | K | T | | | | | |
| 64. Morgan Stanley Bank, N.A. - Bank Deposit Program (Y) (See Part VIII) | | | | | | | | | |
| 65. GNMA REMIC-Series 2012 Cl. 129 YA - Asset-Bkd. Security (See Pt. VIII) | B | Interest | J | T | | | | | |
| 66. BlackRock Mult-Asset Inc. Class C - Mutual Fund | A | Dividend | K | T | Buy (add'l) | 01/13/14 | J | | N/A |
| 67. American Funds - Growth Fund of America F1 - Mutual Fund | A | Int./Div. | K | T | | | | | |
| 68. End of IRA #2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York Life Whole Life | B | Dividend | M | T | | | | | |
| 70. Brokerage Account #5 redeemed 04/22/10 | | | | | | | | | |
| 71. KNBT Bank Accounts | A | Interest | K | T | | | | | |
| 72. Rental Property #2, Lehigh County, PA (2006 $250,000) | D | Rent | M | R | | | | | |
| 73. Fun $ [Money] Investment Club - Partnership | A | Dividend | J | T | | | | | |
| 74. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 75. Fidelity Mutual Life Insurance Co. - Whole Life | A | Dividend | J | T | | | | | |
| 76. Time Share #3, Williamsburg, Virginia (2011 $19,095) | C | Rent | K | R | | | | | |
| 77. Lafayette Ambassador Bank Accounts | A | Interest | J | T | | | | | |
| 78. Brokerage Account #6 | | | | | | | | | |
| 79. Stroudsburg PA Area Sch. Dist.-A - Municipal Bond | A | Interest | J | T | | | | | |
| 80. Oppenheimer Devel. Mkts.Class C-Mutual Fund | A | Dividend | J | T | | | | | |
| 81. PPL Corporation - Common Stock | A | Dividend | J | T | | | | | |
| 82. CITIBANK, N.A. - Bank Deposit Program (Y) (See Part VIII) | | | | | | | | | |
| 83. Franklin Income - Mutual Fund | A | Dividend | J | T | Buy | 01/13/14 | J | | |
| 84. End of Brokerage Account #6 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,000,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gardner, James Knoll | 12/03/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Re Part VII, Line 6: The abbreviation "LM" means Legg Mason.

2. Re Part VII, Line 28: On or about August 1, 2014 DWS Floating Rate Plus Fund Class C (reported in Part VII, Investments and Trusts, Line 28, above) changed its name to Deutsche Floating Rate C. This is reflected by the insertion of a parenthetical "(Y)" on line 28. Deutsche Floating Rate C is reported in Part VII, Line 29 of the within report. The combined DWS Floating Rate Plus Fund Class C (January 1 to July 31, 2014) (Line 28) and Deutsche Floating Rate C (August 1 to December 31, 2014) (Line 29) result in a combined Income Amount Code "A" in Section VIII.B.(1), and a combined gross Value Code "J" in Section VIII.C.(1), and a combined Value Method Code "T" in Section VIII.C.(2), for calendar year 2014.

3. Re Part VII, Line 30: On or about August 1, 2014 DWS Municipal Bond Fund Class C (reported in Part VII, Investments and Trusts, Line 30, above) changed its name to Deutsche Managed Municipal Bond C. This is reflected by the insertion of a parenthetical "(Y)" on line 30. Deutsche Managed Municipal Bond C is reported in Part VII, Line 31 of the within report. The combined DWS Municipal Bond Fund Class C (January 1 to July 31, 2014) (Line 30) and Deutsche Managed Municipal Bond C (August 1 to December 31, 2014 (Line 31) result in a combined Income Amount Code "A" in Section VIII.B.(1), and a combined gross Value Code "J" in Section VIII.C.(1), and a combined Value Method Code "T" in Section VIII.C.(2), for calendar year 2014.

4. Re Part VII, Lines 32 through 36: Shares of Invesco Premier PTF INSTL were sold on January 10, 13, April 9, July 7 and October 14, 2014. The combined value of all shares sold during calendar year 2014 result in a combined Value Code of "J" for the year.

5. Re Part VII, Line 37: From January 1 through July 31, 2014 the asset recorded in Part VII, Line 37, was designated Mainstay High Yield Corporate Bond Class A. From August 1 through December 31, 2014 it was designated Mainstay High Yield Corporate Bond Class I. The Income Amount Code "A" reflected in section B.(1) is the combined Income Code for both classes in calendar year 2014. The Value Code "J" reflected in section C.(1) and the Value Method Code "T" reflected in section C.(2) are the combined Value Codes and Value Method Codes for both classes in calendar year 2014.

6. Re Part VII, Line 46: The abbreviation "LM" means Legg Mason.

7. Re Part VII, Line 62: A portion of the asset GNMA REMIC - Series 2004-75 Class 75 NG, an asset-backed security, was sold each month in the nature of a return on principal. Line 62, Part D., of Section VII of the within Financial Disclosure Report reflects the partial sale transaction on 01/20/14, with the type of transaction recorded as "Sold (part)" in Section D.(1), the Value Code recorded as "J" in Section D.(3), and the Identity of buyer/seller (if private transaction) recorded as "N/A" (not applicable) in Section D.(5).

These designations in Section D.(1), (3) and (5) in Line 62 are identical for the partial sales of the asset each month in calendar year 2014. The dates of the monthly partial sale transactions subsequent to 01/20/14 in Section D.(2) are 02/20/14, 03/20/14, 04/20/14, 05/20/14, 06/20/14, 07/20/14, 08/20/14, 09/20/14, 10/20/14, 11/20/14 and 12/20/14.

The total of the twelve monthly Value Codes of "J" in Section D.(3) is an annual Value Code of "J" for calendar year 2014 in Section D.(3).

8. Re Part VII, Line 64: The asset Morgan Stanley Bank, N.A. - Bank Deposit Program was reported in the calendar year 2013 Financial Disclosure Report in Part VII, Line 57. In 2014 the asset fell below the $5,000 value threshold for bank deposits and did not meet the $200 annual income threshold. Therefore, the asset is not reportable in 2014. That is reflected by insertion of a parenthetical "(Y)" in Part VII, Line 64 of the within report.

9. Re Part VII, Line 65: Part of the asset GNMA REMIC - Series 2012 Class 129 YA, an asset-backed security, was sold in 2013. However, Part VII, Line 58 of the 2013 Financial Disclosure Report mistakenly indicates that the entire asset was sold. Section D.(1) of the 2013 report indicates "Sold". It should have indicated "Sold (part)".

10. Re Part VII, Line 82: The asset CitiBank, N.A. - Bank Deposit Program was reported in the calendar year 2013 Financial Disclosure Report in Part VII, Line 75. In 2014 the asset fell below the $5,000 value threshold for bank deposits and did not meet the $200 annual income threshold. That is reflected by insertion of a parenthetical "(Y)" in Part VII, Line 82 of the within report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James Knoll Gardner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544